LIEFF CABRASER HEIMANN
  & BERNSTEIN, LLP
Jonathan D. Selbin (State Bar No. 170222)
jselbin@lchb.com
250 Hudson Street, 8th Floor
New York, NY 10013
Telephone: (212) 355-9500
Facsimile: (212) 355-9592

LIEFF CABRASER HEIMANN
  & BERNSTEIN, LLP
Daniel M. Hutchinson (State Bar No. 239458)
dhutchinson@lchb.com
Eduardo E. Santacana (State Bar No. 281668)
esantacana@lchb.com
275 Battery Street, 29th Floor
San Francisco, CA 94111-3339
Telephone: 415.956.1000
Facsimile: 415.956.1008

MEYER WILSON CO., LPA
Matthew R. Wilson (*pro hac vice* to be filed)
mwilson@meyerwilson.com
1320 Dublin Road, Ste. 100
Columbus, OH 43215
Telephone: (614) 224-6000
Facsimile: (614) 224-6066

*Attorneys for Plaintiffs and the Proposed Class*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CAROL DUKE AND JACK POSTER, ON BEHALF OF THEMSELVES AND ALL OTHERS SIMILARLY SITUATED,<br><br>          Plaintiffs,<br><br>v.<br><br>BANK OF AMERICA, N.A.; BANK OF AMERICA CORPORATION; AND FIA CARD SERVICES, N.A.,<br><br>          Defendants. | Case No. 3:12-cv-04009-TEH<br><br>**STIPULATION AND [PROPOSED] ORDER REGARDING DEFENDANTS' ANSWER AND AFFIRMATIVE DEFENSES** |

Carol Duke and Jack Poster ("Plaintiffs") and Defendants Bank of America, N.A., Bank of America Corporation, and FIA Card Services, N.A. ("Defendants"), through their undersigned counsel, hereby stipulate as follows:

WHEREAS, on July 30, 2012, Plaintiffs filed their Class Action Complaint (the "Complaint") (Dkt. No. 1);

WHEREAS, on August 27, 2012, Defendants filed their Answer to Complaint (the "Answer") (Dkt. No. 10), alleging 24 separate affirmative defenses;

WHEREAS, on August 31, 2012 (Dkt. No. 11), Defendants filed a Motion to Dismiss pursuant to the First-to-File Rule, or in the alternative, Stay Action;

WHEREAS, Defendants' Motion is scheduled to be heard on Monday, October 15, 2012;

WHEREAS, the parties have met and conferred regarding Defendants' affirmative defenses; and

WHEREAS, the parties agree that all parties and the Court would benefit from a short extension until November 14, 2012 of the deadline for Plaintiffs to file a motion to strike any insufficient defenses pursuant to Rule 12(f) of the Federal Rules of Civil Procedure.

NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED, between Plaintiffs, by their undersigned counsel, and Defendants, by their undersigned counsel, that, if Plaintiffs opt to move to strike any defense(s) in the Answer, Plaintiffs' deadline to file any such motion pursuant to Rule 12(f) of the Federal Rules of Civil Procedure shall be extended until November 14, 2012.

| | | |
|---|---|---|
| 1 | Dated: September 14, 2012 | Respectfully submitted, |
| 2 | | LIEFF CABRASER HEIMANN & BERNSTEIN, LLP |
| 3 | | By: /s/ Daniel M. Hutchinson |
| | | Daniel M. Hutchinson |

LIEFF CABRASER HEIMANN & BERNSTEIN, LLP
Daniel M. Hutchinson (State Bar No. 239458)
dhutchinson@lchb.com
Eduardo E. Santacana (State Bar No. 281668)
esantacana@lchb.com
275 Battery Street, 29th Floor
San Francisco, CA 94111-3339
Telephone: 415.956.1000
Facsimile: 415.956.1008

LIEFF CABRASER HEIMANN & BERNSTEIN, LLP
Jonathan D. Selbin (State Bar No. 170222)
250 Hudson Street, 8th Floor
New York, NY 10013
Telephone: (212) 355-9500
Facsimile: (212) 355-9592

MEYER WILSON CO., LPA
Matthew R. Wilson (*pro hac vice* to be filed)
mwilson@meyerwilson.com
1320 Dublin Road, Ste. 100
Columbus, OH 43215
Telephone: (614) 224-6000
Facsimile: (614) 224-6066

*Attorneys for Plaintiffs and the Proposed Class*

Dated: September 14, 2012    REED SMITH LLP

By: /s/ Raymond Y. Kim

Abraham J. Colman
*acolman@reedsmith.com*
Felicia Y. Yu
*fyu@reedsmith.com*
Michael A. Garabed
*mgarabed@reedsmith.com*
Raymond Y. Kim
*rkim@reedsmith.com*
REED SMITH LLP
355 South Grand Avenue, Suite 2900
Los Angeles, CA 90071-1514
Telephone: (213) 457-8000
Facsimile: (213) 457-8080

*Attorneys for Defendants Bank of America, N.A.; Bank of America Corporation; and FIA Card Services, N.A.*

1 **[~~PROPOSED~~] ORDER**

2 **FOR GOOD CAUSE APPEARING AND PURSUANT TO THE**

3 **STIPULATION, IT IS SO ORDERED.**

4  Dated: _____09/17_____, 2012        _____

5           Hon. Thelton E. Henderson
          United States District Judge

