Marc A. Lackner (SBN 111753)
Email:  mlackner@reedsmith.com
David S. Reidy (SBN 225904)
Email: dsreidy@reedsmith.com
Matthew J. Brady (SBN 254333)
Email:  mbrady@reedsmith.com
REED SMITH LLP
101 Second Street, Suite 1800
San Francisco, CA  94105-3659
Telephone:     +1 415 543 8700
Facsimile:      +1 415 391 8269

Attorneys for Defendants
FIA Card Services, N.A.,
Bank of America, N.A., and
Bank of America Corporation

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| CAROL DUKE AND JACK POSTER, ON BEHALF OF THEMSELVES AND ALL OTHERS SIMILARLY SITUATED,<br><br>                    Plaintiffs,<br>     vs.<br><br>BANK OF AMERICA, N.A.; BANK OF AMERICA CORPORATION; AND FIA CARD SERVICES, N.A.,<br><br>                    Defendants. | Case No. 5:12-cv-04009-EJD<br><br>**STIPULATED REQUEST AND [PROPOSED] ORDER VACATING MOTION TO DISMISS, CONTINUING INITIAL CASE MANAGEMENT CONFERENCE, AND STAYING DISCOVERY**<br><br>**[CIVIL L.R. 7-12; 16-2(E)]** |

Pursuant to Local Rules 7-12 and 16-2(e), Plaintiffs Carol Duke and Jack Poster, on behalf of themselves and all others similarly situated ("Plaintiffs") and Defendants FIA Card Services, N.A., Bank of America, N.A. and Bank of America Corporation ("Defendants") (collectively, the "Parties") hereby stipulate and agree to the following:

**RECITALS**

1. WHEREAS, on May 16, 2011, plaintiff Stephenie Rose, on behalf of herself and all others similarly situated filed a class action complaint for damages and injunctive relief pursuant to 47 U.S.C. section 227 *et seq.* against defendant FIA Card Services, N.A. and Bank of America Corporation (Dkt. No. 1) (the "*Rose* Case");

2. WHEREAS, on August 31, 2011, plaintiffs Sandra Ramirez and Scott Fowler, on behalf of themselves and all others similarly situated, filed a class action complaint for damages and injunctive relief pursuant to 47 U.S.C. section 227 *et seq.* against defendant Bank of America, N.A., in the United States District Court, Southern District of California, Case No. 11cv2008-LAB (KSC) (Dkt. No. 1) (the "*Ramirez* Case");

3. WHEREAS, on July 30, 2012, Plaintiffs, on behalf of themselves and all others similarly situated, filed a class action complaint for damages and injunctive relief pursuant to 47 U.S.C. section 227 *et seq.* against Defendants (Dkt. No. 1) (the "*Duke* Case");

4. WHEREAS, on August 31, 2012, the Court in *Ramirez* issued an Order consolidating Southern District Case Nos. 11cv3040-LAB (KSC) (the "*Johnson* Case") and 12cv1662-LAB (KSC) (the "*Makin* Case") with the *Ramirez* Case (Dkt. No. 34) (collectively, the "*Ramirez* Consolidated Cases");

5. WHEREAS, on August 31, 2012, Defendants filed a motion to dismiss this Action pursuant to the first-to-file rule, or in the alternative, to stay the action (Dkt. No. 11);

6. WHEREAS, on September 14, 2012, Judge Henderson issued an Order of Referral, referring the *Duke* Case to this Court to consider whether it should be related to the *Rose* Case (Dkt. No. 21);

7. WHEREAS, on September 25, 2012, this Court issued a Related Case Order, finding that the *Duke* Case and *Rose* Case are related and ordering that the cases be reassigned to him (Dkt. No. 26);

8. WHEREAS, on September 26, 2012, following reassignment of the *Duke* Case to Judge Davila, the case management conference and Defendants' motion to dismiss were reset for hearing on November 9, 2012 (Dkt. No. 27);

9. WHEREAS, the parties in the *Rose* case have been ordered to mediation and have agreed to mediate before the Honorable Edward A. Infante (Ret.) on October 23, 2012, and the parties have agreed to mediate all claims in the *Rose*, *Duke* and *Ramirez* Consolidated Cases at that mediation.

NOW, THEREFORE, in consideration of the foregoing the Parties, by and through their respective counsel of record, hereby STIPULATE as follows:

- That Defendants' motion to dismiss currently scheduled for November 9, 2012 be taken off calendar without prejudice;
- That the case management conference be continued to a date and time following October 23, to allow the parties to engage in mediation and report to the Court; and
- That all discovery in this Action be stayed , except insofar as the parties request informal discovery in order to engage in meaningful settlement negotiations, and all discovery deadlines be vacated pending further Order of this Court.

**IT IS SO STIPULATED**.

DATED: October 8, 2012.                     REED SMITH LLP

By   /s/ *David S. Reidy*
    David S. Reidy
    Attorneys for Defendants
    FIA Card Services, N.A.,
    Bank of America, N.A., and
    Bank of America Corporation

/////

/////

| | | |
|---|---|---|
| 1 | DATED:  October 8, 2012. | LIEFF CABRASER HEIMANN & BERNSTEIN LLP |
| 2 | | By  */s/ Jonathan David Selbin* |
| 3 | | Jonathan David Selbin<br>Attorneys for Plaintiffs |
| 4 | | Carol Duke and Jack Poster |
| 5 | | |
| 6 | DATED:  October 8, 2012. | MEYER WILSON CO., LPA |
| 7 | | By  */s/ Matthew Ryan Wilson* |
| 8 | | Matthew Ryan Wilson<br>Attorneys for Plaintiffs<br>Carol Duke and Jack Poster |

*Filer's Attestation: Pursuant to Civil L.R. 5-1(i)(3) regarding signatures, David S. Reidy hereby attests that concurrence in the filing of this document has been obtained.*

# [~~PROPOSED~~] ORDER

Pursuant to the above Stipulation, Defendants' motion to dismiss is hereby taken off calendar without prejudice. Docket Item No. 11 is TERMINATED.

The November 9, 2012 case management conference is CONTINUED to __December 7,__, 2012 at __10:00__ AM/~~PM~~. The Parties shall file a joint statement advising the Court of the status of mediation and settlement discussions no later than __November 30__, 2012.

Discovery in this action is hereby STAYED and all discovery deadlines are hereby VACATED pending further order from this court.

**SO ORDERED:**

DATED: __10/10__, 2012.

_____
Hon. Edward J. Davila
United States District Court Judge