Marc A. Lackner (SBN 111753)
Email: mlackner@reedsmith.com
David S. Reidy (SBN 225904)
Email: dsreidy@reedsmith.com
Matthew J. Brady (SBN 254333)
Email: mbrady@reedsmith.com
REED SMITH LLP
101 Second Street, Suite 1800
San Francisco, CA 94105-3659
Telephone: +1 415 543 8700
Facsimile: +1 415 391 8269

Attorneys for Defendants
FIA Card Services, N.A.,
Bank of America, N.A., and
Bank of America Corporation

# IN THE UNITED STATES DISTRICT COURT

## FOR THE NORTHERN DISTRICT OF CALIFORNIA

### SAN JOSE DIVISION

| | |
|---|---|
| CAROL DUKE AND JACK POSTER, ON BEHALF OF THEMSELVES AND ALL OTHERS SIMILARLY SITUATED,<br><br>Plaintiffs,<br>vs.<br><br>BANK OF AMERICA, N.A.; BANK OF AMERICA CORPORATION; AND FIA CARD SERVICES, N.A.,<br><br>Defendants. | Case No. 5:12-cv-04009-EJD<br><br>**JOINT STATEMENT REGARDING STATUS OF MEDIATION AND SETTLEMENT DISCUSSIONS AND [PROPOSED] ORDER CONTINUING CASE MANAGEMENT CONFERENCE**<br><br>Date: December 7, 2012<br>Time: 10:00 a.m.<br>Crtm: 4<br>The Honorable Edward J. Davila |

Case No. 5:12-cv-04009-EJD

JOINT STATEMENT REGARDING STATUS OF MEDIATION AND SETTLEMENT DISCUSSIONS
US_ACTIVE-111260232.2-BDSPOHNUS_ACTIVE-111273631.1-MJBRADYUS_ACTIVE-

111274171.1-MJBRADY 11/30/2012 4:38 PM

Plaintiffs Carol Duke and Jack Poster, on behalf of themselves and all others similarly situated ("Plaintiff") and defendants FIA Card Services, N.A., Bank of America, N.A. and Bank of America Corporation ("Defendants") (collectively, the "Parties") hereby submit this following joint statement regarding the status of mediation and settlement discussions.

On October 10, 2012, this Court entered an Order continuing the November 9, 2012, Case Management Conference to December 7, 2012, at 10:00 a.m., and requested that the Parties file a joint statement advising the Court of the status of mediation and settlement discussions no later than November 30, 2012 (Dkt. 40). On October 23, 2012, the Parties participated in their first full-day mediation session before the Honorable Edward A. Infante (Ret.). Since that time, the parties have engaged in further voluntary discovery, including service of an additional set of interrogatories, requests for production of documents, and a Rule 30(b)(6) deposition notice to Defendants; additional document production; and scheduling multiple Rule 30(b)(6) depositions. The Parties have scheduled a second full-day mediation session before Judge Infante on January 23, 2013.

The Parties respectfully request that the Court set a further Case Management Conference at a date and time following January 23, 2013, to allow the parties to continue to engage in mediation and report to the Court on mediation efforts.

DATED: November 30, 2012                REED SMITH LLP

                                        By: /s/ Matthew J. Brady
                                            Marc A. Lackner
                                            David S. Reidy
                                            Matthew J. Brady
                                            Attorneys for Defendants
                                            FIA Card Services, N.A.
                                            Bank of America, N.A., and
                                            Bank of America Corporation

DATED: November 30, 2012

LIEF CABRASER HEIMANN & BERNSTEIN LLP

By: */s/ Jonathan D. Selbin*
    Jonathan D. Selbin
    Attorneys for Plaintiffs
    Carol Duke and Jack Poster

## [PROPOSED] ORDER

The December 7, 2012, case management conference is **CONTINUED** to _____February 15,_____, ~~2012~~/2013, at __10:00__ AM/~~PM~~. The Parties shall file a joint statement advising the Court of the status of mediation and settlement discussions no later than _February 8, 2013_ .

**SO ORDERED:**

DATED: __December 4,__, 2012          By: __[signature]__
                                           Honorable Edward J. Davila
                                           United States District Court Judge