IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| STEPHENIE ROSE, on behalf of herself and all others similarly situated;<br><br>        Plaintiff(s),<br>   v.<br><br>BANK OF AMERICA CORPORATION, et. al.,<br><br>        Defendant(s)._____/ | CASE NOS. 5:11-cv-02390 EJD;<br>5:11-cv-04009 EJD<br><br>**ORDER VACATING CASE MANAGEMENT CONFERENCES** |
| CAROL DUKE, et. al., on behalf of herself and all others similarly situated;<br><br>        Plaintiff(s),<br>   v.<br><br>BANK OF AMERICA, N.A., et. al.,<br><br>        Defendant(s)._____/ | |

Having reviewed the parties' Joint Case Management Statements (see Docket Item No. 47 in 11-2390; Docket Item No. 36 in 11-4009), the court has determined that a scheduling conference is unnecessary at this time. Accordingly, the Case Management Conferences scheduled in each case for February 15, 2013, are VACATED.

The court schedules a hearing on anticipated motions for preliminary approval of class action

1

settlement in each case for **May 17, 2013, at 9:00 a.m.**  In light of this anticipated hearing, the court will not reschedule the Case Management Conferences.  However, the parties may submit a stipulation to reset the conferences if circumstances prove necessary.

**IT IS SO ORDERED.**

Dated:  February 12, 2013

EDWARD J. DAVILA
United States District Judge