Marc A. Lackner (SBN 111753)
Email:  mlackner@reedsmith.com
David S. Reidy (SBN 225904)
Email: dsreidy@reedsmith.com
Matthew J. Brady (SBN 254333)
Email:  mbrady@reedsmith.com
REED SMITH LLP
101 Second Street, Suite 1800
San Francisco, CA  94105-3659
Telephone:     +1 415 543 8700
Facsimile:      +1 415 391 8269

Attorneys for Defendants
FIA Card Services, N.A., and
Bank of America Corporation

# IN THE UNITED STATES DISTRICT COURT

## FOR THE NORTHERN DISTRICT OF CALIFORNIA

### SAN JOSE DIVISION

| | |
|---|---|
| STEPHENIE ROSE, on behalf of herself and all others similarly situated,          /<br>CAROL DUKE ET AL,<br>           Plaintiffs,<br><br>     vs.<br><br>BANK OF AMERICA CORPORATION, and FIA CARD SERVICES, N.A.,<br><br>           Defendants. | Case No.: 5:11-cv-02390 EJD<br>Case No.: 5:12-cv-04009 EJD<br>**JOINT STIPULATION AND [PROPOSED] ORDER TO CONTINUE STATUS CONFERENCE**<br><br>Current Hearing Date:<br>Date:     July 12, 2013<br>Time:     10:00 a.m.<br>Crtm:     4<br><br>The Honorable Edward J. Davila |

## **STIPULATION**

This Joint Stipulation is made by and between Plaintiff Stephenie Rose, on behalf of herself and all others similarly situated ("Plaintiff"), and defendants FIA Card Services, N.A. and Bank of America Corporation ("Defendants") (collectively, the "Parties"), by and through their counsel of record, with reference to the following facts:

WHEREAS, on February 8, 2013, the Parties filed a Joint Statement Regarding Status of Mediation and Settlement Discussions (Dkt. 47), in which the Parties explained that they had arrived at the terms of a provisional settlement agreement in this case and related cases, including *Duke, et al. v. Bank of America, N.A., et al.*, Case No. 5:12-cv-4009-EJD, and that the Parties were in the process of finalizing a formal Settlement Agreement and conducting confirmatory discovery for settlement purposes; and

WHEREAS, the Parties requested in their Joint Statement that the February 15, 2013, case management conference be continued and that "the Court set a preliminary settlement approval hearing for 9:00 a.m. on May 17, 2013, to allow the Parties sufficient time to complete confirmatory discovery, negotiate in good faith the specific terms of a Settlement Agreement, and submit a Settlement Agreement to the Court for preliminary approval" (*Id.*); and

WHEREAS, relying on the Parties' Joint Statement, the Court, on February 12, 2013, issued and Order vacating the February 15, 2013, case management conference, and scheduling a hearing on the Parties' anticipated motion for preliminary approval of class action settlement for Friday, May 17, 2013, at 9:00 a.m. (Dkt. 48); and

WHEREAS, on May 6, 2013, the Parties filed a Joint Stipulation to continue the May 17, 2013, settlement approval hearing in order to "complete necessary confirmatory discovery given the large class sizes and data issues involved" (Dkt. 49); and

WHEREAS, relying on the Parties' Joint Stipulation, the Court, on May 7, 2013, issued an

order vacating the May 17, 2013, preliminary approval hearing and scheduling a status conference for July 12, 2013, at 10:00 a.m. (Dkt. 50); and

WHEREAS, the Parties have completed all confirmatory discovery; and

WHEREAS, the Parties are negotiating in good faith the incorporation of certain information gleaned through confirmatory discovery into the Parties' settlement agreement; and

WHEREAS, the Parties anticipate that they will have a final settlement agreement in place in the coming weeks; and

WHEREAS, the Parties intend to file their motion for Preliminary Approval immediately upon finalizing their settlement agreement; and

WHEREAS, given that a final settlement agreement appears to be imminent, the Parties believe it would be the most efficient use of the Court's time to continue the status conference approximately sixty (60) days;

NOW, THEREFORE, based on the foregoing, the Parties, by and through their respective counsel of record, request that the Court vacate the status conference currently scheduled for Friday, Friday, July 12, 2013, at 10:00 a.m., and request that the Court set a further status conference on September 13, 2013.

IT IS SO STIPULATED.

DATED: July 9, 2013                                             REED SMITH LLP


By:  */s/ David S. Reidy*
      Marc A. Lackner
      David S. Reidy
      Matthew J. Brady
      Attorneys for Defendants
      FIA Card Services, N.A. and
      Bank of America Corporation

Case No.: 5:11-cv-02390 EJD                -3-
JOINT STIPULATION AND [PROPOSED] ORDER TO CONTINUE STATUS CONFERENCE

| | | |
|---|---|---|
| DATED: July 9, 2013 | | LAW OFFICES OF DOUGLAS J CAMPION |

By:  */s/ Douglas J. Campion*
    Douglas J. Campion
    Attorney for Plaintiff
    Stephenie Rose

DATED: July 9, 2013      LIEFF CABRASER HEIMANN & BERNSTEIN LLP

By:  */s/ Jonathan D. Selbin*
    Jonathan D.Selbin
    Attorneys for Plaintiff
    Stephenie Rose

*\*Filer's Attestation: Pursuant to Civil L.R. 5-1(i)(3) regarding signatures, David S. Reidy hereby attests that concurrence in the filing of this document has been obtained.*

REED SMITH LLP
A limited liability partnership formed in the State of Delaware

Case No.: 5:11-cv-02390 EJD            -4-
JOINT STIPULATION AND [PROPOSED] ORDER TO CONTINUE STATUS CONFERENCE

**[PROPOSED] ORDER**

Pursuant to the stipulation above, and good cause appearing thereon, the status conference currently scheduled for Friday, July 12, 2013, at 10:00 a.m., is hereby vacated and a further status conference is scheduled on 9/13/2013, 2013, at 10:00 AM/~~PM~~ for case numbers 5:11-cv-02390 EJD and 5:12-cv-04009 EJD. All counsel in both cases must appear personally at the status conference on 9/13 unless the motion for preliminary approval is filed prior to that date. The court will not consider further requests for a continuance of the status conference or requests to appear telephonically. This order shall be filed in both case numbers.

IT IS SO ORDERED.

DATED: July 10, 2013

By: _____
Honorable Edward J. Davila
United States District Court Judge