Jonathan D. Selbin, SBN #170222
Email: jselbin@lchb.com
Douglas Ian Cuthbertson, *Admitted Pro Hac Vice*
Email: dcuthbertson@lchb.com
250 Hudson Street, 8th Floor
New York, New York 10013
Telephone: (212) 355-9500
Facsimile: (212) 355-9592

*Attorneys for Plaintiffs and the Proposed Class*

[Additional Counsel Appear on Signature Page]

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STEPHENIE ROSE, on behalf herself and all others similarly situated,<br><br>  Plaintiff,<br><br>  v.<br><br>BANK OF AMERICA CORPORATION, and FIA CARD SERVICES, N.A.,<br><br>  Defendants. | NO.  5:11-cv-02390 EJD<br><br>CLASS ACTION<br><br>**STIPULATION AND [PROPOSED] ORDER EXPEDITING HEARING ON UNOPPOSED MOTION FOR PRELIMINARY APPROVAL OF CLASS ACTION SETTLEMENT** |
| CAROL DUKE AND JACK POSTER, on behalf of themselves and all others similarly situated,<br><br>  Plaintiffs,<br><br>  v.<br><br>BANK OF AMERICA, N.A.; BANK OF AMERICA CORPORATION; AND FIA CARD SERVICES, N.A.,<br><br>  Defendants. | NO.  5:11-cv-04009 EJD<br><br>CLASS ACTION |

STIPULATION AND [PROPOSED] ORDER EXPEDITING
HEARING ON UNOPPOSED MOTION FOR PRELIMINARY
APPROVAL OF CLASS ACTION SETTLEMENT - 1
CASE NO. CV 11 02390 EJD
CASE NO. 5:11-CV-04009 EJD

1     WHEREAS the parties have reached a proposed Settlement of this class action lawsuit that is intended to resolve all claims in the above-entitled case, as well as all claims in the related case *Duke v. Bank of Am.*, Case No. 5:12-cv-04009 (N.D. Cal.) and claims in the following similar Actions: *Ramirez v. Bank of Am., N.A.*, Case No. 11-cv-02008 (S.D. Cal.); *Johnson v. Bank of Am., N.A.*, Case No. 11-cv-3040 LAB (S.D. Cal.); *Makin v. Bank of Am., N.A.*, Case No. 12-cv-1662 LAB (S.D. Cal.); and *Bradshaw v. Bank of Am. Corp.*, 13-CV-0431 LAB RBB (S.D. Cal.).

WHEREAS, Plaintiffs filed an Unopposed Motion for Preliminary Approval of Class Action Settlement ("Motion for Preliminary Approval") (Dkt. No. 59) on September 27, 2013.

WHEREAS, the hearing regarding the Motion for Preliminary Approval is currently scheduled for February 28, 2014.

WHEREAS, if the Court grants preliminary approval, 6,261,588 Class Members will receive notice of the terms of the Settlement through First-Class postcards.

WHERAS, on January 26, 2014, the cost to mail First-Class postcards will increase by one cent.

WHEREAS, by expediting the Preliminary Approval Hearing so the mailing occurs prior to the rate increase the Parties can save the Class $62,615.88 in notice costs.

WHEREAS, the Parties will make themselves available at the Court's convenience for the Preliminary Approval hearing on any weekday, including before or after regular court sessions. The weeks of October 21, October 28, and November 4 are especially convenient for the Parties and would provide the Claims Administrator sufficient time to ensure the mailing can be sent early enough to avoid the rate increase.

## I. STIPULATION

The Parties agree that expediting the Preliminary Approval hearing in order to save the Class $62,615.88 in notice costs is in the best interest of the Class and will make themselves available at the Court's convenience for an expedited hearing.

STIPULATION AND [PROPOSED] ORDER EXPEDITING
HEARING ON UNOPPOSED MOTION FOR PRELIMINARY
APPROVAL OF CLASS ACTION SETTLEMENT - 2
CASE NO. CV 11 02390 EJD
CASE NO. 5:11-CV-04009 EJD

STIPULATED, DATED AND RESPECTFULLY SUBMITTED this 7th day of October, 2013.

| LIEFF, CABRASER, HEIMANN & BERNSTEIN, LLP | REED SMITH LLP |
|---|---|
| By: /s/ Douglas I. Cuthbertson, *Pro Hac Vice*<br>Jonathan D. Selbin, SBN #170222<br>Email: jselbin@lchb.com<br>Douglas Ian Cuthbertson, *Admitted Pro Hac Vice*<br>Email: dcuthbertson@lchb.com<br>250 Hudson Street, 8th Floor<br>New York, New York  10013<br>Telephone: (212) 355-9500<br>Facsimile: (212) 355-9592<br><br>Douglas J. Campion, SBN #75381<br>Email: doug@djcampion.com<br>LAW OFFICE OF DOUGLAS J. CAMPION<br>409 Camino Del Rio South, Suite 303<br>San Diego, California  92108<br>Telephone: (619) 299-2091<br>Facsimile: (619) 858-0034<br><br>Beth E. Terrell, SBN #178181<br>Email: bterrell@tmdwlaw.com<br>TERRELL MARSHALL DAUDT & WILLIE PLLC<br>936 North 34th Street, Suite 300<br>Seattle, Washington 98103-8869<br>Telephone: (206) 816-6603<br>Facsimile: (206) 350-3528<br><br>Daniel M. Hutchinson, SBN #239458<br>Email: dhutchinson@lchb.com<br>LIEFF, CABRASER, HEIMANN & BERNSTEIN, LLP<br>275 Battery Street, 29th Floor<br>San Francisco, California 94111-3339<br>Telephone: (415) 956-1000<br>Facsimile: (415) 956-1008 | By:   David S. Reidy, SBN #225904<br>Marc A. Lackner (SBN 111753)<br>Email: mlackner@reedsmith.com<br>David S. Reidy (SBN 225904)<br>Email: dreidy@reedsmith.com<br>Matthew J. Brady (SBN 254333)<br>Email: mbrady@reedsmith.com<br>101 Second Street, Suite 1800<br>San Francisco, California  94105<br>Telephone:  (415) 543-8700<br>Facsimile:  (415) 391-8269<br><br>Abraham J. Colman (SBN 146933)<br>Email: acolman@reedsmith.com<br>Felicia Y. Yu (SBN 193316)<br>Email: fyu@reedsmith.com<br>REED SMITH LLP<br>355 South Grand Avenue, Suite 2900<br>Los Angeles, California  90071<br>Telephone:  (213) 457-8000<br>Facsimile:  (213) 457-8080<br><br>*Attorneys for Defendants* |

STIPULATION AND [PROPOSED] ORDER EXPEDITING HEARING ON UNOPPOSED MOTION FOR PRELIMINARY APPROVAL OF CLASS ACTION SETTLEMENT - 3
CASE NO. CV 11 02390 EJD
CASE NO. 5:11-CV-04009 EJD

| | |
|---|---|
| 1 | Joshua B. Swigart, SBN #225557<br>Email: josh@westcoastlitigation.com |
| 2 | Robert L. Hyde, SBN #227183<br>Email: bob@westcoastlitigation.com |
| 3 | HYDE & SWIGART<br>411 Camino Del Rio South, Suite 301 |
| 4 | San Diego, California  92108-3551 |
| 5 | Telephone:  (619) 233-7770<br>Facsimile:  (619) 297-1022 |

Abbas Kazerounian, SBN #249203
Email:  ak@kazlg.com
KAZEROUNI LAW GROUP
2700 North Main Street, Suite 1000
Santa Ana, California  92866
Telephone:  (800) 400-6806
Facsimile:  (800) 520-5523

Matthew R. Wilson, *Admitted Pro Hac Vice*
Email:  mwilson@meyerwilson.com
MEYER WILSON CO., LPA
1320 Dublin Road, Suite 100
Columbus, Ohio 43215
Telephone:  (614) 224-6000
Facsimile:  (614) 224-6066

*Attorneys for Plaintiffs and the Proposed Class*

## II. [PROPOSED] ORDER

Based on the foregoing stipulation of the parties,

IT IS HEREBY ORDERED that the Preliminary Approval hearing currently scheduled for February 28, 2014 shall be expedited and rescheduled to November 8, 2013, at 9:00 a.m.

IT IS FURTHER ORDERED that, going forward, the parties must file documents in both case numbers to the extend such documents apply to both case numbers because these cases are related, stand-alone cases and have not been consolidated.

DATED: October 11, 2013

_____
UNITED STATES DISTRICT JUDGE

STIPULATION AND [PROPOSED] ORDER EXPEDITING
HEARING ON UNOPPOSED MOTION FOR PRELIMINARY
APPROVAL OF CLASS ACTION SETTLEMENT - 4
CASE NO. CV 11 02390 EJD
CASE NO. 5:11-CV-04009 EJD