Douglas J. Campion, SBN #75381
Email: doug@djcampion.com
LAW OFFICE OF DOUGLAS J. CAMPION
409 Camino Del Rio South, Suite 303
San Diego, California 92108
Telephone: (619) 299-2091
Facsimile: (619) 858-0034

Jonathan D. Selbin, SBN 170222
LIEFF CABRASER HEIMANN & BERNSTEIN, LLP
250 Hudson Street, 8th Floor
New York, NY 10013
Telephone: (212) 355-9500
Facsimile: (212) 355-9592

[Additional Counsel Appear on Signature Page]

Attorneys for Plaintiffs and the Proposed Class

Douglas J. Campion, SBN #75381
Email: doug@djcampion.com
LAW OFFICE OF DOUGLAS J. CAMPION
409 Camino Del Rio South, Suite 303
San Diego, California 92108
Telephone: (619) 299-2091
Facsimile: (619) 858-0034

Jonathan D. Selbin, SBN 170222
LIEFF CABRASER HEIMANN & BERNSTEIN, LLP
250 Hudson Street, 8th Floor
New York, NY 10013
Telephone: (212) 355-9500
Facsimile: (212) 355-9592

[Additional Counsel Appear on Signature Page]

Attorneys for Plaintiffs and the Proposed Class

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STEPHENIE ROSE, on behalf herself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>BANK OF AMERICA CORPORATION, and FIA CARD SERVICES, N.A.,<br><br>Defendants.<br><br>CAROL DUKE AND JACK POSTER, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>BANK OF AMERICA, N.A.; BANK OF AMERICA CORPORATION; AND FIA CARD SERVICES, N.A.,<br><br>Defendants. | CASE NO. 5:11-cv-02390-EJD (PSG)<br><br>**DECLARATION OF JACK POSTER IN SUPPORT OF PLAINTIFFS' MOTION FOR FINAL APPROVAL OF SETTLEMENT AGREEMENT** |

I, Jack Poster, declare as follows:

1.	I am one of the named plaintiffs and a class representative in the above referenced litigation. I am over the age of 18 years and I make these statements based on personal knowledge and would so testify if called as a witness at trial. I respectfully submit this declaration in support of Plaintiffs' Motion for Attorneys' Fees and Costs and for Service Awards to the Class Representatives.

2.	I received many prerecorded and autodialed calls from Defendant Bank of America ("Defendant") to my cell phone. I never gave Defendant my consent to robocall my cell phone with autodialed calls or prerecorded messages; in fact, I expressly asked Defendant to stop making such calls to my cell phone, but it did not stop.

3.	I understand that the settlement agreement in this case provides for a $2,000 Service Award to me and to the other class representative Plaintiffs in this case. I understand that these service awards are *not* conditioned on approval of the Settlement; in other words, I understand that this class settlement could be approved, but that I could be awarded a sum smaller than $2,000, or no service award at all.

4.	I provided Class Counsel with pertinent information, reviewed the operative complaint, and reviewed and signed off on the proposed Settlement. I also provided my counsel with a number of relevant documents. Class Counsel kept me informed of the status of the case through telephone calls, emails, and letters. I estimate that I spent approximately 20 hours in assisting Class Counsel with this litigation.

5.	My goal in this lawsuit was to prevent myself and others from being subject to automated calls from Defendant without our consent. This Settlement appears to me to help to accomplish that goal.

6.	At all times during the pendency of this case I have been willing and able to respond to discovery requests and make myself available for deposition. I will continue to be an engaged participant in this litigation to the extent necessary and appropriate.

1  I declare under penalty of perjury of the laws of California and the United States that the
2  foregoing is true and correct, and that this declaration was executed in Redlands, California on
3  February 7, 2014.

*[signature]*
Jack Poster