— **EXHIBIT A** —

```
          UNITED STATES DISTRICT COURT
    FOR THE SOUTHERN DISTRICT OF CALIFORNIA

SANDRA RAMIREZ AND SCOTT      )
FOWLER, on behalf of          )
themselves and all others     )
similarly situated,           )
                              )
            Plaintiffs,       )
                              )
    v.                        ) No. 3:11-cv-02008-
                              )         LAB (KSC)
BANK OF AMERICA, N.A.,        )
                              )
            Defendants.       )
                              )
```

      Deposition of LAURA GUIDICI,
30(B)(6) designated representative
of Bank of America N.A., taken on
behalf of the Plaintiffs, at 355
South Grand Avenue, 30th Floor,
Conference Room A, Los Angeles,
California, commencing at 9:00
a.m., on Thursday, June 28, 2012,
reported by PAMELA S. HARRIS, CSR
#3909.

```
 1        A.      I believe that I can start with one of
 2   the partners I have in that team.
 3        Q.      All right.  And who would that be?
 4        A.      Her name is Stacey.
 5        Q.      What's Stacey's last name?
 6        A.      She was recently married.  I believe
 7   it's Turek.
 8        Q.      Turek?
 9        A.      Uh-huh.
10        THE REPORTER:  How is that spelled?
11        THE DEPONENT:  T-u-r-e-k.
12   BY MS. TERRELL:
13        Q.      And what's Stacey's position?
14        A.      She was involved in the policy and
15   procedure development.
16        Q.      Do you know what her title is?
17        A.      I do not.
18        Q.      What division is she in?
19        A.      It's an element that is actually a
20   group; so they have representatives that are legal
21   and communications and compliance partners.
22        Q.      ==What's the name of the group?  You==
23   ==don't know?==
24        A.      ==I'm not certain.  I know it's relating==
25   ==to policy and procedure, though.==
```

```
 1        Q.      Okay.  Did you talk to Stacey or anyone
 2   within the -- let's call it the policy and procedure
 3   group for lack of a better term?
 4        A.      No, I did not.
 5        Q.      Okay.  So what year did you join Bank
 6   of America?
 7        A.      I was previously with Countrywide.  I
 8   joined in 1994 and with the merger in 2008-2009.
 9        Q.      Did you perform similar job duties at
10   Countrywide?
11        A.      I held many positions at Countrywide.
12        Q.      What was your final position?
13        A.      It was in our remediation arm.
14        Q.      Who is your current supervisor?
15        A.      Kim Lott, L-o-t-t.
16        Q.      Is that a man or woman?
17        A.      It's a woman.
18        Q.      And what is Ms. Lott's title?
19        A.      She's also a Senior Vice-President
20   Business Controls.
21        Q.      Have you had any legal training?
22        A.      No.
23        Q.      Have you had any training in
24   compliance?
25        A.      Basic training that's associated with
```

1    A.    Generally most of our applications you
2 would have your unique log on, your user ID and a
3 password in order to enter that, and then you would
4 input and retrieve information.
5    Q.    So it's on their desktop?
6    A.    Yes.
7    Q.    Have you accessed the client interface
8 database?
9    A.    No, I have not.
10    Q.    When is the client interface database
11 used?
12    A.    It's used when we're looking for
13 contact information is my understanding.
14    Q.    Okay.  Why would there be contact
15 information in the client interface database that
16 wouldn't be in the AS400?
17    A.    When we're looking at it from a
18 customer perspective and the customer has many
19 relationships with the bank, and so this is one
20 location where all of the contact numbers would be
21 stored, regardless of the relationship within the
22 bank.
23    Q.    Okay.  So, for example, let's say that,
24 you know, the home mortgage is in the retention
25 program, and it's decided that there needs to be

1   some skip tracing to try to locate, you know, better
2   contact information for the customer with the
3   mortgage.  If they borrowed money to purchase a car
4   through Bank of America, that information might be
5   located in the client interface database?
6        A.     Potentially.  Potentially.
7        Q.     Or a credit card or something else?
8        A.     Potentially.
9        Q.     Okay.  So how is the information that
10  is stored in the client interface database gathered?
11  Where does that come from?
12       A.     It's my understanding it comes from
13  multiple machines or multiple platforms.
14       Q.     Tell me what that means.
15       A.     I believe that the multiple platforms
16  are communicating though this interface, and so my
17  understanding is that they are writing the record.
18       Q.     Okay. And when you say "multiple
19  platforms," what are you talking about?
20       A.     In your example, whatever platform the
21  car loan would be on or the credit card would be on
22  is my understanding.
23       Q.     Okay. And so what happens if, when
24  they're doing the skip-trace procedure, they locate
25  a cell phone number that was provided by the

1   that have been implemented in the last couple of
2   years, especially involving consent.
3           And so the question is whether, for
4   those cell phone numbers that have been in the
5   system, let's say, more than three years -- okay? --
6   in the Home 1 field or any field that's allowed to
7   be auto-dialed, whether any attempt has been made by
8   Bank of America to determine whether those customers
9   consented to be auto-dialed on their cell phones.
10       A.      And remember, they're not placing
11  auto-dialed calls to cell phones.  They're manually
12  called, at which point consent in the new format
13  would be collected.
14       Q.      And that's been true only in the last
15  eight months?
16       A.      Or so, yes.
17       Q.      Okay.  All right.  Maybe I've asked you
18  this but -- undoubtedly I have.
19              Where do I go to find that new
20  procedure that has been implemented in the last
21  eight months, this suppression procedure for those
22  cell phones that have been identified through a
23  systemic process so they're sort of embargoed until
24  consent is obtained?
25       A.      I would need to find out who is holding

1   that documentation and, of course, work with our
2   legal team.
3       Q.    Do you believe that document was
4   produced?
5       A.    I'm not certain that that document was
6   produced, but I can work with them and see what we
7   can obtain.
8       Q.    Do you think there is a document that
9   would reflect that change?
10      A.    That sends us a system change, the
11  systemic control?
12      Q.    Yes.
13      A.    There is documentation around the
14  control.
15      Q.    And would there also have been a text
16  or E-mail sort of announcing that new systemic
17  control?
18      A.    I don't recall.
19      Q.    Do you have any recollection of what
20  that document might be called?  Who might have
21  generated it?  Anything?
22      A.    No.  No, I don't.
23      Q.    Okay.  You don't recall locating and
24  providing that document to counsel to produce in
25  this case?

1    A.    I do not.
2    Q.    Okay. And your testimony is right now
3    and for perhaps the last eight months, regardless of
4    how the cell phone got into any of the fields in the
5    AS400 system, if it's identified as a cell phone,
6    it's not called until verification is provided?
7    A.    That is correct.
8    Q.    Okay. Notwithstanding any
9    documentation that might be in the system that Bank
10   of America might construe as consent?
11   A.    The system control is suppressing all
12   cell phone calls today.
13   Q.    Okay. And before the cell phone is
14   sort of turned back on for purposes of
15   auto-dialing --
16   A.    Uh-huh.
17   Q.    -- must there be that verification
18   specifically obtained from the customer?
19   A.    Yes.
20   Q.    Okay. It's not enough to go find an
21   E-mail or a letter from the customer that says "Use
22   this telephone number"?
23   A.    That is correct.
24        MS. TERRELL: Okay. Let's take a quick break.
25            (Brief recess taken.)

1        (Plaintiffs' Exhibits 8
2        through 18 were marked for
3        identification by the reporter,
4        copies of which are attached
5        hereto.)
6     MS. TERRELL:  All right.  Back on the record.
7     Q.    So you were testifying about this new
8  systemic process with regard to identifying and
9  suppressing cell phones from being auto-dialed, and
10 let's talk a little more about that.  I want to make
11 sure I really understand that process.
12            One of the things you mentioned is that
13 the manner in which the cell phone numbers are
14 identified is through information from the carriers;
15 is that right?
16    A.    That's correct.
17    Q.    Tell me more about that.
18    A.    So the carriers have the designation
19 associated with the phone numbers, and there are
20 subscriptions where you can use vendors that can
21 provide that data to you, and the bank does have
22 that data available in -- we call it the warehouse
23 database.
24    Q.    Okay.  And the warehouse database is
25 separate and apart from the AS400 and the other

1  databases we've talked about?
2       A.    That's correct.
3       Q.    Is there a particular program or brand
4  name that you're aware of as to what the database
5  is?
6       A.    No, I don't know.
7       Q.    Do you know whether it's something that
8  was purchased or was created?  The database.
9       A.    I don't know.
10      Q.    Okay.  But within this database that's
11 called the warehouse database, it includes
12 information from the carriers about which cell phone
13 numbers may be attributed to a particular carrier?
14      A.    It's not so much attributed to a
15 carrier.  It's the phone number is or is not a cell
16 phone; so it's a land line ported to cell, or it was
17 already a designated phone number assigned to cell
18 phones.
19      Q.    And that's based on information
20 provided by vendors; is that right?
21      A.    That's my understanding.
22      Q.    Do you know the name of any of those
23 vendors?
24      A.    I would have to look that up.  I don't
25 recall.

```
 1         Q.      Have you seen any reports being
 2    generated about the progress of making manual calls
 3    to the individuals whose cell phones are on the
 4    suppression table?
 5         A.      I have not seen reports, no.
 6         Q.      Been in any discussions about the
 7    progress of those telephone calls?
 8         A.      No.
 9         Q.      Okay.  Does the suppression table
10    include all numbers identified throughout Bank of
11    America's portfolio as being cell phone numbers?
12         A.      I can speak to the Mortgage Division.
13    So it's recognizing all cell phones within the
14    Mortgage Division.
15         Q.      Does it matter whether the mortgages
16    are in default or in the retention program in order
17    for the cell phone numbers to have been put on the
18    suppression table?
19         A.      That's what I was referencing when I
20    said I may need to describe some of the system
21    functions.
22         Q.      Sure.
23         A.      The way that we identify the loans that
24    would be eligible for a campaign, and it's through
25    an overnight batch or sweep.  And it's that set of
```

1    Q.    And you know what I mean when I use
2    "boolean logic"?
3    A.    I do.
4    Q.    Okay. And I'm correct -- right? --
5    that the phone numbers in the Home 1 field may be
6    auto-dialed unless they're on a suppression table;
7    correct?
8    A.    They would not be dialed. The phone
9    numbers, if they are a land line, therefore they
10   would not be on a suppression, may be auto-dialed.
11   The cell phone numbers are all suppressed.
12   ==Q.==    ==Correct.==  ==So my question actually was:==
13   ==The phone numbers in the Home 1 field may be==
14   ==auto-dialed unless they're on a suppression table?==
15   ==A.==    ==That's correct.==
16   ==Q.==    ==And prior to eight months ago, the==
17   ==phone numbers in the Home 1 field could be==
18   ==auto-dialed?==
19   ==A.==    ==Potentially, depending on the strategy==
20   ==and what phones numbers were being loaded.==
21   ==Q.==    ==Tell me what you mean by "depending on==
22   ==the strategy."==
23   ==A.==    ==The strategy around what loans we're==
24   ==dialing and what fields we are dialing.==  ==So it would==
25   ==not be exclusively the Home 1 that would be dialed.==

1      Q.     Okay. Sure. So you may choose not to
2   just auto-dial the ones in Home 1?
3      A.     That's correct.
4      Q.     But those numbers, prior to eight
5   months ago, were eligible to be auto-dialed?
6      A.     That's correct.
7      Q.     Okay. Would you turn to page --
8   there's actually no page number -- so Bates range
9   2862 in Exhibit 6. Can you tell me what these pages
10  are. It appears to go from 2862 -- and you tell
11  me -- but through the end of Exhibit 6.
12     A.     This looks like an excerpt out of a
13  procedure.
14     Q.     Okay. And do you know whether this
15  procedure is actually intended to be appended to the
16  back of the Skip Trace Manual or do you think it's a
17  separate document?
18     A.     I think it stands separate and unique.
19     Q.     Okay. Fair enough. And again, I don't
20  see any date on this document. So this is a
21  procedure; right?
22     A.     This is an excerpt from a procedure.
23     Q.     Yeah. What procedure is it an excerpt
24  from?
25     A.     It looks like it's one of the

```
 1    today; so today, no.
 2         Q.      Prior to a year ago?
 3         A.      There would be a potential; however,
 4    you know, the procedures -- if you go through all of
 5    our procedures, you see that there is a variety of
 6    iterations where we were determining where to place
 7    the cell phone because we did not have a dedicated
 8    cell phone field, so it may not have been placed
 9    into Home 1 or it may have already been a number
10    known to us.
11         Q.      Which fields within the AS400, prior to
12    a year ago, contained phone numbers that could be
13    auto-dialed?
14         A.      So we talked a little bit about fields
15    earlier today.  We have Home 1, Home 2, Work 1,
16    Work 2.  And those are tied to the auto-dialer;
17    however, there's a dependency on whether or not we
18    have planned or strategized the campaign to pull
19    those numbers in.  And then we also have the "Other"
20    and message number, and those are not tied to the
21    auto-dialer at all, nor is LM contacts, which is
22    another place to store potential contacts.
23         Q.      Okay.  Have there been campaigns over
24    the years that have auto-dialed to phone numbers in
25    the Home 1 field?
```

1   STATE OF CALIFORNIA        )
                               )    ss.
2   COUNTY OF LOS ANGELES      )

3

4       I, PAMELA S. HARRIS, Certified Shorthand
5   Reporter, Certificate No. 3909, for the State of
6   California, hereby certify:
7       The foregoing proceedings were taken before me
8   at the time and place therein set forth, at which
9   time the deponent was placed under oath by me.
10      The testimony of the deponent and all
11  objections made at the time of the examination were
12  recorded stenographically by me and were thereafter
13  transcribed;
14      The foregoing transcript is a true and correct
15  transcript of my shorthand notes so taken;
16      I further certify that I am neither counsel for
17  nor related to any party to said action nor in any
18  way interested in the outcome thereof.
19      IN WITNESS WHEREOF, I have hereunto subscribed
20  my name this  10th  day of  July , 2012.
21
22
23
                    PAMELA S. HARRIS, C.S.R. No. 3909
24
25