# EXHIBIT B

```
                    UNITED STATES DISTRICT COURT
                 FOR THE NORTHERN DISTRICT OF CALIFORNIA
                            SAN JOSE DIVISION


    STEPHANIE ROSE,

              PLAINTIFF,              CASE NO.  CV-11-2390-EJD
                                      AND CV-12-04009-EJD
       VS.
                                      SAN JOSE, CALIFORNIA
    BANK OF AMERICA CORPORATION, ET
    AL.,                              APRIL 4, 2014

              DEFENDANTS.             PAGES 1 - 53



                       TRANSCRIPT OF PROCEEDINGS
                 BEFORE THE HONORABLE EDWARD J. DAVILA
                     UNITED STATES DISTRICT JUDGE


                         A-P-P-E-A-R-A-N-C-E-S


    FOR THE PLAINTIFF:    LIEFF, CABRASER, HEIMANN & BERNSTEIN
                          BY:   JONATHAN D. SELBIN
                          250 HUDSON STREET, 8TH FLOOR
                          NEW YORK, NEW YORK 10013

                          TERRELL, MARSHALL, DAUDT & WILLIE
                          BY:  BETH E. TERRELL
                          936 N. 34TH STREET, SUITE 400
                          SEATTLE, WASHINGTON 98103

                          LAW OFFICES OF DOUGLAS J. CAMPION
                          BY:  DOUGLAS J. CAMPION
                          409 CAMINO DEL RIO SOUTH, SUITE 303
                          SAN DIEGO, CALIFORNIA 92108

         (APPEARANCES CONTINUED ON THE NEXT PAGE.)


    OFFICIAL COURT REPORTER:    IRENE L. RODRIGUEZ, CSR, CRR
                                CERTIFICATE NUMBER 8074

       PROCEEDINGS RECORDED BY MECHANICAL STENOGRAPHY,
    TRANSCRIPT PRODUCED WITH COMPUTER.
```

| | |
|---|---|
| 1 | OUT-OF-POCKET DAMAGES, FOR EXAMPLE.  THIS IS A CASE WHERE THE |
| 2 | INJURY IS A STATUTORY INJURY, AND WE ARE COMPENSATING PEOPLE |
| 3 | FOR THAT BOTH WITH MONEY AND MORE IMPORTANTLY WITH RESPECT TO |
| 4 | PRACTICE CHANGES -- EXCUSE ME -- THAT BANK OF AMERICA IS |
| 5 | IMPLEMENTING. |
| 6 |      THE COURT:  I WANT TO DRILL DOWN ON THAT A LITTLE |
| 7 | BIT MORE IN YOUR PRESENTATION. |
| 8 |      MR. SELBIN:  SURE, SURE.  AND SO WHEN YOU RUN THE |
| 9 | NUMBERS, AND WE FILED A RESPONSE TO THE OBJECTIONS THAT |
| 10 | INCLUDED SOME OF THIS INFORMATION.  AND I JUST WANT TO MAKE A |
| 11 | HOUSEKEEPING NOTE, WE FILED TWO, ONE AND THEN A CORRECTED ONE. |
| 12 | WE GAVE CHAMBERS A COPY OF THE CORRECTED ONE.  AND THE |
| 13 | ONLY DIFFERENCE REALLY IS UNFORTUNATELY A DRAFT GOT FILED AS |
| 14 | THE FIRST ONE AND THE FINAL ONE, THE CORRECTED ONE, CONTAINS |
| 15 | THE CORRECT INFORMATION. |
| 16 | AND ONE OF THE IMPORTANT CHANGES BETWEEN THOSE TWO |
| 17 | DOCUMENTS IS THAT WE HAD RUN SOME PRECISE NUMBERS ON THE |
| 18 | EXPECTED CLAIMS PAYMENT AT THE TIME, AND WE REALIZED THAT |
| 19 | BECAUSE THERE'S STILL SOME CLAIMS THAT ARE IN SORT OF LIMBO, |
| 20 | THERE'S ABOUT 800 CLAIMS THAT NEED TO CURE THEIR DEFICIENCIES |
| 21 | IN ORDER TO BE VALID CLAIMS AND BECAUSE AT THE TIME WE WERE |
| 22 | STILL NEGOTIATING WITH THE CLAIMS ADMINISTRATOR OVER A CAP ON |
| 23 | THEIR FEES IN THE CASE, WE COULDN'T GIVE THE PRECISE DOLLAR FOR |
| 24 | EACH CLAIM. |
| 25 | SO WE ENDED UP PUTTING THAT INTO THE CORRECTED VERSION. |

1  WE PUT THE RANGE WHICH IS $55 TO $60 IF YOU HAVE ONE OF THE
2  TYPES OF CLAIMS; $110 AND TO $120 IF YOU HAVE BOTH TYPES OF
3  CLAIMS.  AND WE HAVE PROVIDED THAT INFORMATION.
4        AND THAT'S SUBSTANTIAL RELIEF FOR PEOPLE IN THESE
5  CIRCUMSTANCES.  THESE ARE PEOPLE WHO MOST OFTEN HAVE BEEN
6  BEHIND ON EITHER THEIR MORTGAGE OR ON THEIR CREDIT CARD, AND
7  THIS IS MONEY THAT THEY GET WITHOUT REALLY DOING MUCH OF
8  ANYTHING OTHER THAN FILING A CLAIM FORM.
9           THE COURT:  NOW, THE STATUTORY DAMAGES ARE GREATER
10 THAN THAT.
11          MR. SELBIN:  THE STATUTORY DAMAGES ARE GREATER THAN
12 THAT, YOUR HONOR.  AND ONE IMPORTANT COMPONENT OF THIS IS THAT
13 IF ANY INDIVIDUAL CLASS MEMBER VIEWED THE STATUTORY DAMAGES AS
14 SOMETHING THAT THEY WANTED TO PURSUE ON AN INDIVIDUAL BASIS,
15 THEY COULD OPT OUT TO DO SO.
16      NOW, THERE'S TWO IMPORTANT CAVEATS TO THAT.  ONE IS UNLIKE
17 IN A CASE WHERE NOTICE IS PROVIDED PRIMARILY BY PUBLICATION AND
18 YOU NEVER KNOW WITH ANY REAL CERTAINTY THAT CLASS MEMBERS ARE
19 ACTUALLY GETTING THE NOTICE, THERE'S SORT OF A CONSTRUCTIVE
20 NOTICE, AN ASSUMPTION THAT GOES INTO THAT.
21      HERE WE GAVE NOTICE TO 95 PERCENT OF THE CLASS NUMBER
22 WHICH WELL EXCEEDS THE REQUIREMENTS OF THE FEDERAL JUDICIAL
23 CENTER AND OF THE CASE LAW AND THE CONSTITUTIONAL REQUIREMENTS.
24 SO WE KNOW PEOPLE WERE TOLD THIS.
25          THE COURT:  AND THE PERCENTAGE OF RESPONSES, WHAT IS

CERTIFICATE OF REPORTER

I, THE UNDERSIGNED OFFICIAL COURT REPORTER OF THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF CALIFORNIA, 280 SOUTH FIRST STREET, SAN JOSE, CALIFORNIA, DO HEREBY CERTIFY:

THAT THE FOREGOING TRANSCRIPT, CERTIFICATE INCLUSIVE, IS A CORRECT TRANSCRIPT FROM THE RECORD OF PROCEEDINGS IN THE ABOVE-ENTITLED MATTER.

*/s/ Irene Rodriguez*
_____
IRENE RODRIGUEZ, CSR, CRR
CERTIFICATE NUMBER 8076

DATED: SEPTEMBER 8, 2014